STATE OF OREGON,
*Respondent,*

*v.*

CHARLES CLIFTON PALMER,
*Appellant.*

CR0301334; A125283

139 P3d 1031

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Shawn Evans Wiley, Senior Deputy Public Defender, Office of Public Defense Services, for response.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).